**SO ORDERED.**

**SIGNED this 31 day of October, 2018.**



**Austin E. Carter
United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MAGGIE NEWTON, | : | CHAPTER 13 |
| Debtors | : | CASE NO. 18-50945 |
| | : | |
| MAGGIE NEWTON, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Adv. Proc. No. 18-05022 |
| | : | |
| LVNV FUNDING, LLC, | : | |
| (SHELLPONT MORTGAGE | : | |
| SERVICING) | : | |
| Defendant | | |

## CONSENT JUDGMENT

**IT IS ORDERED** that upon completion of the Debtor's Chapter 13 Plan in this case, the mortgage, (hereinafter the "said mortgage"), held by LVNV Funding, LLC encumbering the following described property, (hereinafter the "said property"), situated in Macon, Bibb County, Georgia, and further described as follows:

All that tract or parcel of land lying and being in the 4th land district of Bibb County, Georgia, being known and designated as Lot 255 according to a plat of Jefferson Hills recorded in Plat book 22, page 123, Clerk's Office, Bibb Superior Court. Said plat is incorporated herein by reference and made a part hereof

which mortgage is recorded in Deed Book 6126, Page 135, Superior Court of Bibb County Clerk's Office, will be stripped from the said property.

**IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 Plan in bankruptcy case number 18-50945 the Debtor may record a certified copy of this Order in the Superior Court of Bibb County Clerk's Office, which will constitute and effectuate a satisfaction of the said mortgage.

**IT IS FURTHER ORDERED** that if the Debtor shall fail to complete the Chapter 13 Plan in this case, this Order does not effect the validity or enforecability of the said Mortgage.

| Order Prepared and Consented to by: | Consented to by | No Opposition |
|---|---|---|
| /s/ A. G. Knowles | /s/ Cristina DiGiannantonio | /s/ Camille Hope |
| A. G. Knowles | RAS CRANE, LLC | Chapter 13 Trustee |

END OF DOCUMENT